**DM Cantor**
Two Renaissance
40 N. Central Ave., Suite 2300
Phoenix, AZ 85004
Telephone: (602) 307-0808
Facsimile: (602) 255-0707
**David Michael Cantor SBN# 12446**
**Christine Whalin SBN# 24912**
**Courtney Sullivan SBN# 032129**
**reception@dmcantor.com**
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No.: CR-19-01143-PHX-JJT |
| Plaintiff, | MOTION TO WITHDRAW AS COUNSEL OF RECORD |
| vs. | |
| Sarah Kelley, | |
| Defendant. | |

Pursuant to Rule 83.3(a), LRCiv, Defense Counsel hereby moves this Court for an order permitting counsel to withdraw in this matter as counsel for Defendant, Sarah Kelley. The scope of privately retained counsel's representation has concluded with the imposition of judgment on April 20, 2022. Undersigned counsel has simultaneously filed a Notice of Appeal and requests Ms. Kelley be appointed counsel to proceed with her appeal, as this Court previously designated Ms. Kelley to be indigent.

For the foregoing reasons, it is respectfully requested this Court grant undersigned counsel and Ms. Kelley's request to be removed as counsel of record in this matter.

//

**RESPECTFULLY SUBMITTED** this 25th day of April, 2022.

                                       //s// Christine Whalin
                                       **Christine Whalin**
                                       DM Cantor
                                       Two Renaissance
                                       40 N. Central Ave., Suite 2300
                                       Phoenix, AZ  85004

**Certificate of Service**

I hereby certify that on this date I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.

Honorable John J. Tuchi
United States District Court

James Knapp
Caitlin Noel
Assistant United States Attorneys

Sarah Nicole Kelley


By: //s// G. Heppner